1 A.3d 867

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Daniel GOODSON, III, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 12, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 12th day of August, 2010, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

> Whether passing a counterfeit check purportedly issued by an insurance company constitutes insurance fraud under 18 Pa.C.S. § 4117(a)(2).

Justice ORIE MELVIN did not participate in the consideration or decision of this matter.